AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number:  07 CRIM 916

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
MIGUEL DECASTRO

I certify that I am admitted to practice in this court.

| 4/15/2008 | *[signature]* |
|---|---|
| Date | Signature |

DAVID J. GOLDSTEIN
Print Name                                          Bar Number

888 Grand Concourse
Address

| Bronx | New York | 10451 |
|---|---|---|
| City | State | Zip Code |

(718) 665-9000                          (718) 665-9147
Phone Number                               Fax Number